1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | CHRISTOPHER J. BECKER, State Bar No. 230529
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 322-2201
8 |  Fax: (916) 324-5205
 Email: Christopher.Becker@doj.ca.gov

Attorneys for Defendants Colon (deceased),
Alameida, Bard, Hubbard, Jackson, Kosub, Rianda,
Runnels, Stone, Thompson and Wagner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY L. BROWN,** | 2:03-cv-1224 GEB KJM P |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **D. L. RUNNELS, et al,** | Fed. R. Civ. P. 41(a)(1)(ii) |
| Defendants. | |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

Stipulation for Voluntary Dismissal With Prejudice

1

1    IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(ii), the

2 above entitled action shall be dismissed with prejudice as to all Defendants.

3

4 Dated: 4/17/07

/s/ *Gregory L. Brown*
*(See Following Page for Signature)*
_____
Gregory L. Brown, Plaintiff

5

6 Dated: 5/9/07

/s/ *Christopher J. Becker*
_____
Christopher J. Becker
Deputy Attorney General
Attorneys for Defendants

7

8

9

10    IT IS SO ORDERED.

11

12 Dated: May 18, 2007.

03cv1224.o.PRIORITY.0508.wpd

13 SA2003104185

_____
U.S. MAGISTRATE JUDGE

Stipulation for Voluntary Dismissal With Prejudice

2